UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CRIMINAL NO. 17-cr-00067

VERSUS                                       JUDGE FOOTE

JOSE ALONSO HERNANDEZ                         MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Suppress (Doc. 25)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of September, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE